United States District Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JULIA MONTOYA VILLANUEVA, | § § § | CIVIL ACTION NUMBER 4:26-cv-04484 |
| Petitioner, | § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| BRET BRADFORD, *et al*, Respondents. | § § § | |

### ORDER

Pending are two emergency motions by Petitioner Julia Montoya Villanueva. Dkts 5 & 6.

*As to the motion for preliminary injunction,* nothing in the motion suggests that Petitioner is entitled to relief before briefing is complete. It thus remains UNDER ADVISEMENT. Dkt 5.

*As to the motion for expedited consideration,* Petitioner maintains that because both an asylum officer and immigration judge determined that Petitioner lacks credible fear of returning to Honduras, she "is now in danger of being removed at any point." Dkt 6 at 2. She thus requests that an order directing her "immediate release" and "stay[ing] her removal order." Ibid.

Whether Petitioner is *removable* is entirely separate from whether her present *detention* is lawful. "Simply stated, habeas is not available to review questions unrelated to the cause of detention. Its sole function is to grant relief from unlawful imprisonment or custody and it cannot be used properly for any other purpose." *Pierre v United States*, 525 F2d 933, 935–36 (5th Cir 1976).

The motion to expedite consideration is DENIED. Dkt 6.

The Government subsequently filed an advisory indicating that Petitioner is subject to a final order of removal and is scheduled on a flight to Honduras on June 17, 2026. Dkt 7; see Dkt 7-1 (order of removal). Her removal thus appears imminent and may render this action moot.

Petitioner should promptly reply to the Government's advisory.

SO ORDERED.

Signed on June 16, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge