United States District Court
Southern District of Texas

**ENTERED**

June 24, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JULIA MONTOYA VILLANUEVA,<br>　　　Petitioner, | § § § § § | CIVIL ACTION NUMBER<br>4:26-cv-04484 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| BRET BRADFORD, *et al*,<br>　　　Respondents. | § § | |

### ORDER

Pending is a petition for writ of *habeas corpus* by Petitioner Julia Montoya Villanueva and a motion by the Government to dismiss or, in the alternative, for summary judgment. Dkts 1 (petition) & 9 (motion).

Petitioner argues, among other things, that the Government failed to comply with the notification, interview, and informational obligations in 8 CFR §§241.4 and 241.13 when revoking her release on order of supervision. Dkt 1 at ¶¶37–54.

The Government in response doesn't address these regulatory arguments, instead contending that Petitioner's detention under 8 USC §1231(a)(6) of approximately one-month is presumptively lawful under *Zadvydas v Davis*, 533 US 678, 701 (2001). Dkt 9 at 5–6.

The Government is ORDERED to make a further filing by July 1, 2026, addressing arguments by Petitioner as to compliance with the obligations set forth in 8 CFR §§241.4 and 241.13.

SO ORDERED.

Signed on June 24, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge