United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JULIA MONTOYA VILLANUEVA,<br>　　　Petitioner, | § §<br>§<br>§<br>§ | CIVIL ACTION NUMBER<br>4:26-cv-04484 |
| versus | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| BRET BRADFORD, *et al*,<br>　　　Respondents. | §<br>§ | |

## ORDER

Pending is an advisory by Respondents indicating that Petitioner Julia Montoya Villanueva has been removed from the United States. Dkt 13.

The challenged detention having now concluded, no live claims remain in this action.

This action is DISMISSED AS MOOT.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on June 30, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge